UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MANDY GRIFFIN | CIVIL ACTION |
| VERSUS | NO. 21-744 |
| WESTERN AND SOUTHERN FINANCIAL GROUP, INC. | SECTION M (4) |

## ORDER

Considering the parties' joint motion to stay pending arbitration (R. Doc. 10),

IT IS ORDERED that the motion to stay is GRANTED and this matter is STAYED and ADMINISTRATIVELY CLOSED pending arbitration. At the conclusion of the arbitration, either party may move to reopen this case.

New Orleans, Louisiana, this 2nd day of November, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE